STATE OF NEW JERSEY v. JOHN F. WILLIAMS.

February 27, 1979. Petition for certification denied.

ESTATE OF HENRY PATRICK v.
U. S. METALS REFINING CO.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK E. LIBERTI.

February 27, 1979. Petition for certification denied. (See 161 *N. J. Super.* 575)

LEONORA REILLEY v. SATTY GILL KESWANI.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD REGISTER.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA DANTZLER.

February 27, 1979. Petition for certification denied.